March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Sherard Wadlington     ,
                    Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 __-MJ-__ 6550 (__)(__)

Defendant __Sherard Wadlington_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

**X**  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

___sworn via video___
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

# Sherard Wadlington
Print Defendant's Name

Jonathan Marvinny
_Digitally signed by Jonathan Marvinny_
_Date: 2020.06.24 10:51:04 -04'00'_
Defense Counsel's Signature

# Jonathan Marvinny
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_Gabriel W. Gorenstein_

June 24, 2020
Date

U.S. District Judge/U.S. Magistrate Judge